■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE SHIPPENS, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant. — Judgment unanimously reversed and petition dismissed. Memorandum: In this habeas corpus proceeding relator alleges that because his parole revocation hearing was not conducted by a neutral and detached person (*Morrissey v Brewer,* 408 US 471), he is entitled to a new hearing or to be restored to parole status. The hearing was conducted by an associate counsel for the Division of Parole, who had been designated by the chairman of the Parole Board to act as a hearing officer pursuant to section 259-d of the Executive Law. We recently affirmed a judgment wherein the court dismissed a similar petition holding that it is proper for counsel for the Parole Board to act as a hearing officer since commissioners themselves may hold final revocation hearings (see *People ex rel. Simpson v Smith,* 89 AD2d 1065). Relying on our decision in *People ex rel. Pyclik v Smith* (81 AD2d 1016), Special Term found that actual prejudice need not be shown inasmuch as the proceeding created "the appearance of impropriety." In that case, however, the hearing officer had previously been an Assistant Attorney-General representing the State in a proceeding involving the relator. No such conflict of interest, real or apparent, exists here. (Appeal from judgment of Supreme Court, Wyoming County, Mintz, J. — habeas corpus.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Schnepp, JJ.

■ In the Matter of the Arbitration between RALPH GUILE, as President of the International Longshoremen's Association, Local 1949, Respondent, and NIAGARA FRONTIER TRANSIT AUTHORITY, Appellant. — Order unanimously affirmed, without costs (see *Binghamton Civ. Serv. Forum v City of Binghamton,* 44 NY2d 23). (Appeal from order of Supreme Court, Erie County, Broughton, J. — confirm arbitrator's award.) Present — Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.

■ FLOYD C. BAVIS et al., Respondents, v GENERAL ELECTRIC COMPANY, Appellant, et al., Defendant. (Appeal No. 1.) — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Supreme Court, Monroe County, Kennedy, J. — vacate default judgment.) Present — Simons, J. P., Hancock, Jr., Callahan, Moule and Schnepp, JJ.

■ FLOYD C. BAVIS et al., Respondents, v GENERAL ELECTRIC COMPANY, Appellant, et al., Defendant. (Appeal No. 2.) — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Supreme Court, Monroe County, Kennedy, J. — renew-reargue.) Present — Simons, J. P., Hancock, Jr., Callahan, Moule and Schnepp, JJ.

■ GRACE EDDY, Individually and as Parent and Natural Guardian of PAMELA J. EDDY, an Infant, Respondent, v DEPEW UNION FREE SCHOOL DISTRICT, Appellant. — Order unanimously reversed, without costs, motion granted and amended complaint dismissed (see *Barrett v Kasco Constr. Co.,* 56 NY2d 830). (Appeal from order of Supreme Court, Erie County, Kuszynski, J. — dismiss complaint.) Present — Dillon, P. J., Simons, Callahan, Boomer and Moule, JJ.

■ JANE BRITT, Respondent, v ROBERT BRITT, Appellant. — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Supreme Court, Niagara County, Hannigan, J. — contempt.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.

■ In the Matter of ERNEST F. FERULLO. — Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present — Dillon, P. J., Simons, Hancock, Jr., Callahan and Doerr, JJ.